FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
10:45 am, Apr 17, 2025
JEFFREY P. COLWELL, CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. _____

(To be supplied by the court)

MAZEN J KHERDEEN_____, Plaintiff

v.                                          **Jury Trial requested: Yes**

1. CORY MARTIN CURTIS, aka FUS & FRAUDULANT ATTT COLORADO BAR # 40549,

2. RACHEL A. CATT, aka ATTY/ MAGISTRATE AT ADAMS COUNTY COURT, #41779,

3. MELINA HERNANDEZ, aka ATTY/ JUDGE ARAP COUNTY COURT, #43952

4. JAMES ROOT, aka AURORA POLICE DEPARTMENT OFFICER - ID #315924

5. ALEJANDRO GOMEZ, aka AURORA POLICE DEPARTMENT OFFICER - ID #331275

6. HAITHAM NAEEM ABBAS, aka AL MANIAC AL HARAMI

7. NAGWAN SUKKAR, aka AL SHARMOOTA AL SARAQA

_____, Defendant(s).

(*List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.*)

## COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials;

and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

### A. PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

MAZEN J KHERDEEN
P O BOX 440371
AURORA, CO 80044
Email: Advisory.Board@AmarTV.net
Tel: (303)-226-1777 Ext 1

### B. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:
CORY MARTIN CURTIS, aka FRAUDULANT ATTORNEY COLORADO BAR # 40549
10333 E Dry Creek Rd Ste 210 Englewood, CO 80112
Tel: 720-263-4600
cmcurtis@cmcurtislaw.com

Defendant 2:
RACHEL A. CATT, aka ATTY/ MAGISTRATE AT ADAMS COUNTY COURT, #41779
1100 Judicial Center Drive, Brighton, CO 80601
Tel: 303-654-3291
Emai: RachelCatt@judicial.state.co.us

Defendant 3:
MELINA HERNANDEZ, aka ATTY/ JUDGE ARAP COUNTY COURT, #43952
Arapahoe County Courthouse, 1790 West Littleton Boulevard, Littleton, CO 80120
Tel: 303-798-4591
Email: Melina.Hernandez@judicial.state.co.us

Defendant 4:
JAMES ROOT, aka AURORA POLICE DEPARTMENT OFFICER - ID #315924
Aurora Police Dept., 15001 E Alameda Pkwy, Aurora, CO 80012
Tel: 303-739-7000
Email:

Defendant 5:

2

ALEJANDRO GOMEZ, aka AURORA POLICE DEPARTMENT OFFICER - ID #331275
Aurora Police Dept., 15001 E Alameda Pkwy, Aurora, CO 80012
Tel: 303-739-7000
Email: _____

Defendant 6:
HAITHAM NAEEM ABBAS, aka AL MANIAC AL HARAMI
2267 S Buckley Rd., Aurora, CO 80013
Tel: 720-709-8612
Email: haythamnaem26@gmail.com _____

Defendant 7:
NAGWAN SUKKAR, aka AL SHARMOOTA AL SARAQA
2267 S Buckley Rd., Aurora, CO 80013
Tel: 720-709-8612
Email: haythamnaem26@gmail.com _____

Defendant 8
Sameer D Dawood, aka Akho Al Sharmoota
??????????????????
Tel: 720-885-0380
Email: ?????? _____

Defendant 9
Taha Awad Abbas, aka Ibn Sharmoota
5850 E Evans Ave, Denver, CO 80222
Tel: 303-945-0196
Email: ????????????????????? _____

Defendant 10
Colorado Supreme Court
1300-1376 Lincoln St., Denver, CO 80203
Tel: 720-625-5150
Email: cheryl.stevens@judicial.state.co.us _____

Defendant 11
Jacob M. Vos, aka Colorado Supreme Court Office of Attorney Regulation Counsel, Bar # 41562
1300 Broadway, Ste 500, Denver, CO 80203
Tel: 303-928-7811
Email: j.vos@csc.state.co.us _____

Defendant 12
Cheryl L Stevens
1300-1376 Lincoln St., Denver, CO 80203

Tel: 720-625-5150
Email: cheryl.stevens@judicial.state.co.us

Defendant 13
Arapahoe County 18th Judicial District Court
Arapahoe County Courthouse, 1790 West Littleton Boulevard, Littleton, CO 80120
Tel: 303-798-4591
Email: Melina.Hernandez@judicial.state.co.us

Defendant 14

Adams County district Court
1100 Judicial Dr., Brighton, CO 80601
Tel: 303-654-3335
Email: Kyle.Seedorf@judicial.state.co.us

Defendant 15
William R Lucer, aka Attorney/ Presiding Disciplinary Judge Bar #4893
Tel: ??????
Email: ?????

Defendant 16
P J Parmer, aka Fake Doctor, Dentist and Pharmacist
10180 E Colfax Ave, Aurora, CO 80010
720-819-7194

Defendant 17
Mansa Miller
Address: Homeless
Tel: ????????
Email: ?????

Defendant 18
Andrew Hill
Address: Homeless
Tel: ??????????????????
Email: ??????????????????

Defendants 19 to 69

John Doe & Jane Doe

**C.      JURISDICTION**

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

| | |
|---|---|
| X | Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States) |

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

US AND COLORADO CONSTITUTIONS, FEDERAL AND STATE DUE PROCESS RIGHTS, PERJURY, ABUSE OF POWER, CONSPIRACY TO COMMIT CRIMES____

| | |
|---|---|
| X | Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000) |

Plaintiff is a citizen of the State of COLORADO.

If Defendant 6 is an individual, Defendant 6 is a citizen of IRAQ.
If Defendant 7 is an individual, Defendant 7 is a citizen of IRAQ.

(*If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant*.)

### D.  STATEMENT OF CLAIM(S)

CLAIM ONE:
*In 2019, Jacob Vos, William Lucero, Cheryl Stevens, the Colorado Supreme Court and members of the Colorado Legal professions congrated together and claimed that Plaintiff Mazen J Kherdeen was served in the State of Maryland.*

*That was despite their actual and constructive knowledge that he was in the state of Colorado and that he has never lived, worked, nor studied in there.*

*That resulted in a fake Supreme Court Order which is now being challenged through CRCP Rule 60.*

*CLAIM TWO:*
*The outrageous conduct by the above listed deprived Kherdeen of his Federal and State Constitutional rights to DUE PROCESS.*

5

*CLAIM THREE:*

*The horrendous conduct by the above is now being abused by Judges Hernandez and Catt by refusing to accept Kherdeen's filings of Protection Orders against terrorist HAITHAM NAEEM ABBAS, aka AL MANIAC AL HARAMI, NAGWAN SUKKAR, aka AL SHARMOOTA AL SARAQA, Sameer D Dawood, aka Akho Al Sharmoota, and aha Awad Abbas, aka Ibn Sharmoota.*

**E.   REQUEST FOR RELIEF**

Statements will be supplemented in a filing on Monday.

**F.   PLAINTIFF'S SIGNATURE**

I declare under penalty of lawy that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct.  *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

/S/ MAZEN J KHERDEEN

  MAZEN J KHERDEEN

_____

April 10, 2024


(Revised February 2022)